UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORMFACTOR, INC.,            )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                       )<br>                              )<br> PHICOM CORPORATION,          )<br>                              )<br>         Defendant.           )<br>                              ) | Misc. No. 07-0497 (ESH) |

## ORDER

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** this matter is referred to Magistrate Judge John M. Facciola for determination of defendant Phicom Corporation's Motion to Compel Discovery From Third Parties Economic Strategy Institute and Clyde V. Prestowitz, Jr. On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge John M. Facciola following the case number in the caption.

**SO ORDERED.**

                                                    /s/
                                           ELLEN SEGAL HUVELLE
                                           United States District Judge

Date:  November 26, 2007

cc:    Magistrate Judge John M. Facciola