Paul Devinsky (D.C. Bar # 250373)
pdevinsky@mwe.com
McDERMOTT WILL & EMERY LLP
600 13th Street NW
Washington, D.C. 20005
Telephone: 202-756-8000
Fax: 202-756-8087

*Of counsel:*
Gary N. Frischling
gfrischling@irell.com
Brian D. Ledahl
bledahl@irell.com
Eric J. Carsten
ecarsten@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: 310-277-1010
Fax: 310-203-7199

Attorneys for Plaintiff FormFactor, Inc.,
Economic Strategic Institute
and Clyde V. Prestowitz, Jr.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORMFACTOR, INC., a Delaware corporation,**<br><br>Plaintiff,<br><br>vs.<br><br>**PHICOM CORPORATION, a Korean corporation,**<br><br>Defendant. | Misc. Civil Action No. 07-497 (ESH/JMF)<br><br>**NOTICE OF STAY RE FORMFACTOR, INC. V. PHICOM CORPORATION, CIVIL ACTION NO. 05-6062-HO PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON** |

FormFactor, Inc. ("FormFactor") files this notice to inform the Court of the stay issued by the District Court for the District of Oregon in FormFactor, Inc. v. Phicom Corporation, Civil Action No. 05-6062-HO. On November 14, 2007, Phicom Corporation ("Phicom") filed with this Court a motion to compel third parties, Economic Strategy Institute and Clyde Prestowitz, to produce documents sought in the patent infringement case pending in the District of Oregon. On November 29, 2007, FormFactor filed an opposition to Phicom's motion to compel. On January 2, 2008, the District Court for the District of Oregon granted Phicom's unopposed motion to stay the case in its entirety pending resolution of an investigation before the United States International Trade Commission (Inv. No. 337-TA-621). (Motion to Stay and Electronic Notice of Order attached).

Dated this 3rd day of January, 2008.

By: _____
Paul Devinsky (D.C. Bar # 250373)
McDERMOTT WILL & EMERY LLP
600 13th Street N.W.
Washington, D.C. 20005
Telephone: 202-756-8000
Fax: 202-756-8087

*Of counsel*:
Gary N. Frischling
gfrischling@irell.com
Brian D. Ledahl
bledahl@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone 310-277-1010
Fax 310-203-7199

Attorneys for Plaintiff
FormFactor, Inc., Economic Strategic Institute and Clyde V. Prestowitz, Jr.

WDC99 1510758-1.074442.0012

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2008, a copy of the foregoing NOTICE OF STAY RE FORMFACTOR, INC. V. PHICOM CORPORATION, CIVIL ACTION NO. 05-6062-HO PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON was served by first class mail, postage prepaid, on the following:

Richard L. Stroup, Esq.
richard.stroup@finnegan.com
Finnegan Henderson Farabow
Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Attorney for Phicom Corporation


Date:   January 3, 2008                         /s/ Paul Devinsky
                                                Paul Devinsky – D.C. Bar No. 250373

                                                Attorney for Plaintiffs FormFactor, Inc.,
                                                Economic Strategy Institute and Clyde V.
                                                Prestowitz, Jr.

                                                McDermott Will & Emery LLP
                                                600 Thirteenth Street, N.W.
                                                Washington, D.C.  20005-3096
                                                202.756.8369
                                                202.756.8087 (Facsimile)

# ATTACHMENT

JEFFERY J. MATTHEWS, OSB #97328
jeffery.j.matthews@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue #300
Eugene, Oregon 97401
Telephone:    (541) 485-0220
Facsimile:    (541) 686-6564

RICHARD L. STROUP *(pro hac vice)*
richard.stroup@finnegan.com
ANDREW C. SONU *(pro hac vice)*
andrew.sonu @finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT, & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FORMFACTOR, INC.**, a Delaware Corporation,<br><br>                         Plaintiff,<br><br>v.<br><br>**PHICOM CORPORATION**, a Korean Corporation,<br><br>                         Defendant. | Case No. 05-6062-HO<br><br>**DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659** |

### LR 7.1(a) CERTIFICATION

Pursuant to LR 7.1(a), Phicom's counsel certifies they have consulted with FormFactor's counsel, who indicates FormFactor does not oppose the stay sought by this motion.

Page 1     **DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659**

# MOTION

Pursuant to 28 U.S.C. § 1659 and the inherent power of the Court, Defendant Phicom hereby moves to stay this case, in its entirety, pending resolution of the investigation now pending before the United States International Trade Commission ("ITC"), entitled *In the Matter of Certain Probe Card Assemblies, Components Thereof and Certain Test DRAM and NAND Flash Memory Devices and Products Containing Same*, Inv. No. 337-TA-621 (the "ITC Investigation"). The requested stay would include a stay of third party discovery sought through this action, including a motion to compel now pending before the United States District Court for the District of Columbia.

On December 13, 2007, in response to a Complaint filed by Plaintiff FormFactor on November 13, 2007, the ITC initiated an investigation naming Phicom as a Respondent. FormFactor filed this investigation shortly after the parties had met in a settlement conference in California to determine whether they could settle FormFactor's allegations of patent infringement in this Court and other Korean courts. In the ITC investigation, FormFactor is alleging that the very same Phicom products at issue in this case are infringing three of the very same patents that are before this Court. FormFactor in the ITC investigation is seeking an exclusion order that would prevent the future importation or sales of the alleged infringing Phicom products, a remedy like the injunction that FormFactor is seeking before this Court. ITC investigations require the consideration and resolution of additional issues not before this Court, and this ITC investigation includes an additional respondent and its products, further adding to the complexity of the investigation. By statute, the trial of an ITC investigation must be completed within approximately a year, and the expenses to complete an ITC investigation are usually several millions of dollars. The ITC has no right or authority to stay an investigation in

Page 2    **DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659**

favor of a pending District Court action.

Under 28 U.S.C. § 1659, Phicom as a respondent has the absolute right to a stay of the claims before this Court with common issues, provided it moves for a stay within thirty days of the institution of the ITC investigation. In both this Action and the ITC investigation, FormFactor is alleging that Phicom's manufacture, use, and/or sale of the Phicom probe card assembly infringes each of the '152, the '648, and the '485 patents. Phicom seeks a stay of all claims with these common issues.

The remaining issues before this Court are closely analogous to those that the ITC investigation will address and resolve. Two of the three remaining patents at issue in this Court are related to the '485 and the '648 patents also at issue in the ITC investigation, and are based on the very same patent specification and drawings. The third remaining patent, the '254 patent, is directed to the fabrication of a component and is similar in subject matter to the '152 patent before the ITC. In its ITC Complaint, FormFactor alleges that the very same Phicom products at issue in this case infringe all three remaining patents. In addition, the inventors named in the remaining patents at issue in this Court and in patents at issue in the ITC investigation are the same. Under the controlling law, this Court can in its discretion stay the entire action before it, pending the resolution of the ITC investigation, and courts routinely do so, in the interests of efficiency and judicial economy.

The simultaneous continuation of both this action and the ITC action will serve little purpose other than to increase drastically the litigation expenses of the parties and the use of judicial resources of the United States. In both actions, the principal remedy sought by FormFactor is the same, a judicial determination of infringement and the entry of an order prohibiting the further importation and sale of the same alleged infringing Phicom products.

Page 3     DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS
            PURSUANT TO 28 U.S.C. § 1659

In view of the above circumstances and for the additional reasons set forth in its supporting memorandum, defendant Phicom moves the Court to stay all proceedings in this case pending a final determination related to the ITC Investigation.

Dated:  December 28, 2007.                     HARRANG LONG GARY RUDNICK P.C.

s/ Jeffery J. Matthews
Jeffery J. Matthews, OSB #97328
jeffery.j.matthews@harrang.com
Telephone:   541-485-0220
Facsimile:    541-686-6564


FINNEGAN, HENDERSON, FARABOW, GARRETT,
& DUNNER, L.L.P.

s/ Richard L. Stroup
Richard L. Stroup *(pro hac vice)*
richard.stroup@finnegan.com
Andrew C. Sonu *(pro hac vice)*
andrew.sonu@finnegan.com
Parmanand K. Sharma *(pro hac vice)*
anand.sharma@finnegan.com
Charles H. Suh (*pro hac vice*)
charles.suh@finnegan.com
Telephone:   (202) 408-4000
Facsimile:    (202) 408-4400

Attorneys for Defendant

Page 4    DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS
         PURSUANT TO 28 U.S.C. § 1659

# CERTIFICATE OF SERVICE

I certify that on December 28, 2007, I served or caused to be served a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659** on the party or parties listed below as follows:

☐   Via First Class Mail, Postage Prepaid, at Eugene, Oregon

☐   Via Facsimile

•   Via CM/ECF filing

| | |
|---|---|
| David W. Axelrod<br>Schwabe Williamson & Wyatt<br>Pacwest Center<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR 97204<br>   Of Attorneys for Formfactor, Inc. | Morgan Chu<br>Gary N. Frischling<br>Brian D. Ledahl<br>Keith A. Orso<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>   Of Attorneys for Formfactor, Inc. |

HARRANG LONG GARY RUDNICK P.C.

s/ Jeffery J. Matthews
Jeffery J. Matthews, OSB #97328
jeffery.j.matthews@harrang.com
Telephone:   (541) 485-0220
Fax:              (541) 686-6564

Of Attorneys for Defendant

00189720.DOC;1

## CERTIFICATE OF SERVICE


info@ord.uscourts.gov
01/02/2008 01:25 PM

To  nobody@ord.uscourts.gov
cc
bcc
Subject  Activity in Case 6:05-cv-06062-HO Formfactor, Inc. v. Phicom Corporation Order on motion for stay

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 1/2/2008 at 10:25 AM PST and filed on 1/2/2008
**Case Name:**         Formfactor, Inc. v. Phicom Corporation
**Case Number:**       6:05-cv-6062
**Filer:**
**Document Number:**   149(No document attached)

**Docket Text:**
**ORDER:** Granting Defendant's Unopposed motion for Stay [146] pending resolution of the investigation pending before the United States International Trade Commission. All pending motions and deadlines will be reset once the stay is lifted. Ordered the parties are to file a status report of the ITC Investigation with the court by 6/30/2008. Ordered by Judge Michael R Hogan. (sln)


**6:05-cv-6062 Notice has been electronically mailed to:**

David W. Axelrod    daxelrod@schwabe.com, bgibney@schwabe.com, btreat@schwabe.com, docket@schwabe.com

Morgan Chu     mchu@irell.com

Mark G. Davis     madavis@mwe.com

Anish R. Desai     adesai@mwe.com

Gary N. Frischling     gfrischling@irell.com

Brian D. Ledahl    bledahl@irell.com

Susan D. Marmaduke    susan.marmaduke@harrang.com, deborah.boersma@harrang.com

Jeffery J. Matthews    jeffery.j.matthews@harrang.com, ann.flagg@harrang.com, kristie.proudfoot@harrang.com, nancy.shelton@harrang.com, pamela.peake@harrang.com

Keith A Orso    korso@irell.com

Ronald J. Pabis    rpabis@mwe.com

Parmanand K. Sharma    anand.sharma@finnegan.com

Andrew C. Sonu    andy.sonu@finnegan.com

Richard L. Stroup    richard.stroup@finnegan.com

Charles H. Suh    charles.suh@finnegan.com

**6:05-cv-6062 Notice will not be electronically mailed to:**